RECEIVED
IN MONROE, LA
AUG 2 9 2006
ROBERT H. SHEMWELL, CLERK
WESTERN DISTRICT OF LOUISIANA

UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

MONROE DIVISION

| | |
|---|---|
| VICKY B. CHELETTE | CIVIL ACTION NO. 3:04-2440 |
| VERSUS | JUDGE ROBERT G. JAMES |
| STATE FARM MUTUAL AUTOMOBILE INSURANCE COMPANY, ET AL. | MAG. JUDGE JAMES D. KIRK |

## JUDGMENT

For the reasons set forth in this Court's Ruling,

IT IS ORDERED, ADJUDGED, AND DECREED that Defendants' Motion for Summary Judgment [Doc. No. 58] is GRANTED IN PART AND DENIED IN PART. The motion is GRANTED as to all claims against Defendant State Farm Fire and Casualty Company, and the asserted claims are DISMISSED WITH PREJUDICE.

The motion is also GRANTED as to Plaintiff Vicky B. Chelette's claims of sexual harassment under Title VII of the Civil Rights Act of 1964, 42 U.S.C. § 2000e, *et seq.*("Title VII") and the Louisiana Employment Discrimination Law, La. Rev. Stat. § 23:300, *et seq.*, and as to Plaintiff Dale Chelette's loss of consortium claim.

However, the motion is GRANTED IN PART and DENIED IN PART as to Plaintiff Vicky B. Chelette's Title VII retaliation claim. Mrs. Chelette will be permitted to proceed to trial with the retaliation claim on the basis of her negative performance review, but not on the basis of the termination of her securities license.

IT IS FURTHER ORDERED that Plaintiffs are not permitted to proceed to trial with any claim under the Louisiana Whistleblower Statute, La. Rev. Stat. 23:967.

MONROE, LOUISIANA, this 28 day of August, 2006.

ROBERT G. JAMES
UNITED STATES DISTRICT JUDGE